# EXHIBIT A

## TANACCA BREWER

**IP Address:** 131.156.230.240 2007-02-05 03:20:15 EST   **CASE ID#** 117185975

**P2P Network:** Gnutella   **Total Audio Files:** 1125

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | Usher | Twork It Out | 8701 | 307-207 |
| UMG Recordings, Inc. | Jay-Z | Girls, Girls, Girls | The Blueprint | 301-441 |
| UMG Recordings, Inc. | Erykah Badu | On and On | Baduizm | 233-364 |
| BMG Music | Mario | Braid My Hair | Mario | 318-136 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |

CHGO1\31143110.1