AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.        DATE FILED | United States District Court<br>Northern District of Illinois<br>U.S. Courthouse<br>211 South Court Street<br>Rockford, IL 61101 |

| PLAINTIFF | DEFENDANT |
|---|---|
| LAFACE RECORDS LLC; UMG RECORDINGS, INC.; and BMG MUSIC | TANACCA BREWER |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

CHGO1\31143110.1

**JUDGE SHADUR**
**MAGISTRATE JUDGE SCHENKIER**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# EXHIBIT A

## TANACCA BREWER

**IP Address:** 131.156.230.240 2007-02-05 03:20:15 EST    **CASE ID#** 117185975

**P2P Network:** Gnutella    **Total Audio Files:** 1125

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | Usher | Twork It Out | 8701 | 307-207 |
| UMG Recordings, Inc. | Jay-Z | Girls, Girls, Girls | The Blueprint | 301-441 |
| UMG Recordings, Inc. | Erykah Badu | On and On | Baduizm | 233-364 |
| BMG Music | Mario | Braid My Hair | Mario | 318-136 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |

CHGO1\31143110.1