**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TANACCA BREWER,<br><br>    Defendant. | Case No.  08 C 480<br><br>Honorable Milton I. Shadur |

## MOTION TO TRANSFER

LAFACE RECORDS LLC, UMG RECORDINGS, INC., and BMG MUSIC ("Plaintiffs"), by and through their undersigned counsel, respectfully submit this Motion to Transfer and in support thereof state as follows:

1. On January 22, 2008, Plaintiffs filed their Complaint for Copyright Infringement (the "Complaint") against Defendant Tanacca Brewer.

2. Defendant is believed to be a resident of DeKalb, Illinois.  Accordingly, Plaintiffs' Complaint should have been filed in the Western Division.  However, after speaking with the Court's Clerk, Plaintiffs have learned that due to a docketing error, the Complaint was filed in the Eastern Division.

3. The Complaint has not yet been served on Defendant; a copy of the Complaint is appended hereto as Exhibit A.

4. For the sake of convenience and fairness to Defendant, Plaintiffs seek an order from the Court reassigning this matter to the Western Division.

5. This request is not filed for the purpose of delay and no party will be prejudiced by the granting of this motion.

2

WHEREFORE, Plaintiffs respectfully request that the Court enter an order transferring this matter from the Eastern Division to the Western Division.

DATED:  March 5, 2008    Respectfully submitted,

By:      /s/ Ann Marie Bredin
         Ann Marie Bredin (ARDC #06255663)

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for Plaintiffs