**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) Case No. 08 C 480 |
| Plaintiffs, | ) ) Honorable Milton I. Shadur |
| vs. | ) ) |
| TANACCA BREWER, | ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

On Monday, March 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur, or any Judge sitting in his stead in Courtroom 2303 at the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and there present Plaintiffs' Motion to Transfer, copies of which are attached and hereby served upon you.

DATED:  March 5, 2008

Respectfully submitted,

LAFACE RECORDS LLC; UMG RECORDINGS, INC.; and BMG MUSIC

By:     */s/ Ann Marie Bredin*
         One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Ann Marie Bredin, hereby certify that on March 5, 2008, I caused the foregoing *Motion to Transfer* to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on March 5, 2008, I caused a copy of the Motion to be served on the following individual, via overnight delivery and United States mail:

> Tanacca Brewer
> 837 W. Taylor St.
> Dekalb, IL  60115-4078

> > > > */s/  Ann Marie Bredin*
> > > > Ann Marie Bredin