# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 480 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Laface Records LLC vs. Tanacca Brewer | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to transfer is granted. (10-1)   This action is ordered transferred to the U.S. District Court Northern District of Illinois, Western Division.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|