

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**                                               **OFFICE OF THE CLERK**
**CLERK**                                                                      **(312) 435-5691**

March 7, 2008

Julia Mitchell
USDC Northern District of Illinois
Western Division
United States Courthouse
211 South Court Street
Rockford, Illinois 61101

RE: Laface Records, LLC et al v. Tanacca Brewer
USDC No.: 1:08-cv-480

Dear Clerk:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on 3/6/2008 by the Honorable Judge Milton Shadur. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

                                                    Sincerely yours,

                                                    Michael W. Dobbins, Clerk

                                                    By:      /s/Gwen Rosegay
                                                                    Deputy Clerk

Enclosures

cc: Counsel of Record (without enclosures)