UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TANACCA BREWER,<br><br>    Defendant. | No.: 08 C 480 |

## STATUS REPORT

Plaintiffs, by and through their undersigned counsel, respectfully submit this Status Report and state as follows:

1. On January 22, 2008, Plaintiffs filed a Complaint for Copyright Infringement against Defendant. (Doc. No. 1.)

2. As of the date of this report, Defendant has not been served with the Complaint. Plaintiffs have been working diligently to effect service and are in the process of confirming Defendant's current address.

3. An initial status hearing is currently scheduled for April 18, 2008 at 1:30 p.m.

4. Plaintiffs respectfully request that this initial status hearing be postponed to May 21, 2008, or as convenient for the Court, in order for Defendant to be served and for the status to be a more meaningful process before the Court.

                                                            Respectfully submitted,

DATED:   April 10, 2008         By:    */s/ Amanda C. Jones*

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516