# Exhibit A

IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAFACE RECORDS LLC, ET AL., | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: 08 C 480 |
| vs. | DECLARATION OF NON SERVICE OF: NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; NOTIFICATION OF DOCKET ENTRY; CASE MANAGEMENT PROCEDURES |
| TANACCA BREWER | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve TANACCA BREWER at the address of: 837 W TAYLOR ST, De Kalb, DeKalb County, IL 60115-4078 and was unable to effect service for the following reasons:

3/19/2008 7:30:00 PM: No Answer at the door, dark inside, quiet inside, no activity inside
3/21/2008 10:35:00 AM: No Answer at the door, dark inside, quiet inside, no activity inside
3/22/2008 11:45:00 AM: Per black female resident approx. 40-45 years of age, Subject not known

Declarant hereby states under penalty of perjury under the laws of the State of Illinois that the statement above is true and correct.

DATED this 22nd day of March, 2008

_____
Daniel L. Marshall

FOR: DLA PIPER US LLP
REF:
BREWERTANACCA|117185975

ORIGINAL PROOF OF SERVICE

Tracking #: 5252159 SEA