# Exhibit B


5252159



633 Yesler Way  Seattle, WA 98104
(866) 521-2950   fax: (866) 408-1717
www.abcinvestigations.com

# Confidential Investigation Report

| | |
|---|---|
| **DLA PIPER US LLP**<br>**203 NORTH LASALLE STREET SUITE 1900**<br>**CHICAGO, IL 60601** | **INVESTIGATION NO. 5252159** |

| | |
|---|---|
| Printed: | May 12 2008 |
| Billed: | |
| Case Ref: | BREWERTANACCA\|117185975 |
| Total: | $200.00 |

Contact: Lisa Parks / 312 368-8903        Account No. 104267

| | | | |
|---|---|---|---|
| Subject | BREWER, Tanacca L. | Information Regarding | Other |
| Date of Birth | | | |
| SSN | 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 | Where-When Issued | 1988-90 in OH |
| Descriptors | Female | | |
| Operators License | | State/Status | / |
| Residence Address | | | |
| Residence Phone | | Email | |
| Cell | | Voice Mail | |
| Other Addresses | | | |
| Licensed Vehicles | 1993 Toyota Camry LE, 4-door | | |

| | |
|---|---|
| Spouse | |
| Corroboration | **837 W TAYLOR ST, APT 1106, DEKALB, IL 60115 (original service address):**<br>The subject reported this address in application/extension of credit. The phone number associated with this residence (815-756-8329) is currently listed in the name ALFONSO BARSANTI. His relationship to the subject is unknown.<br><br>The US Postal Service confirms that the subject currently receives mail at the original service address.<br><br>**111 E ZARLEY BLVD, JOLIET, IL 60433:**<br>The subject's credit bureau history report reveals this new address, which has not been attempted for service. The subject also reported this address on vehicle registration record (original title date: 02/27/07).<br><br>Per Will County Assessor Records, WILLIAM STEWART currently owns the residence at this address. The phone number associated with this residence (815-727-7027) is currently listed in the Stewart's name.<br><br>William Stewart is married to TAMARA STEWART, and their relationship to the subject is unknown.<br><br>The US Postal Service reports that the subject currently receives mail at this address.<br><br>The Dept. of Defense, Manpower Data Center reflects the subject is not an active member of the military. |
| Recommendations | As the subject receives mail and has records listed at both locations, it is recommended that service be directed and performed at both addresses. |
| Status of Service | Angela has been notified of the findings. |
| Other Information | |

**Sarah Orenstein**

*The results of this investigation are based on criteria and or instructions provided by the client. Should the original information provided to the investigator regarding the Subject be in error, the results of this investigation can also be in error. The information provided in this report is deemed reliable, however, it is not guaranteed to be an exhaustive effort to locate Subject or to locate information regarding Subject. It is a summary of our attempts to locate Subject for purposes of Service of Legal Process, Background Report or Asset Search. The investigator utilizes information provided by the client, obtained from public and private sources and from confidential sources, as approved by the client.*