From:  **Exhibit C**  )08 2:06:35 PM

IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAFACE RECORDS LLC, ET AL., | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: 08 C 480 |
| vs. | DECLARATION OF NON SERVICE OF: NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; NOTIFICATION OF DOCKET ENTRY; CASE MANAGEMENT PROCEDURES |
| TANACCA BREWER | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve TANACCA BREWER at the address of: 111 E ZARLEY BLVD, JOLIET, Will County, IL 60433 and was unable to effect service for the following reasons:

5/7/2008 1:04:00 PM: I spoke to Tanacca's mother who said that Tanacca does not live here anymore. Tanacca lives in Dekalb, at the address on the paperwork.

Declarant hereby states under penalty of perjury under the laws of the State of Illinois that the statement above is true and correct.

DATED this 7th day of May, 2008.

_____
Karen Crohan, Reg. # 117-001119, IL

FOR: DLA PIPER US LLP
REF:
BREWERTANACCA|117185975

ORIGINAL PROOF OF SERVICE

Tracking #: 5252159 SEA

From:    Page: 2/2    Date: 5/7/2008 2:06:35 PM

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/7/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Karen Crohan | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☒ Returned unexecuted:

This is defendant's Mother's home, she stated she no longer lives here, she said she lives in Dekalb at the address on the summons.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/7/2008___
            Date

Signature of Server

2100 Manchester Rd., #900, Wheaton IL 60187
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.