**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) | Case No. 1:08-cv-00480 |
| Plaintiffs, | ) ) | Honorable P. Michael Mahoney |
| vs. | ) ) ) | |
| TANACCA BREWER, | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE**

This matter comes before the Court on Plaintiffs' Motion for Extension of Time to Effectuate Service. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and for good cause shown, this Court GRANTS Plaintiffs' Motion. The Court hereby ORDERS that the time for Plaintiffs to serve the Defendant with the Summons and Complaint in this matter is extended by 90 days from the date of the entry of this Order.

DATED: _____   By: _____
Hon. P. Michael Mahoney
United States Magistrate Judge