UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>        Plaintiffs,<br><br>vs.<br><br>TANACCA BREWER,<br><br>        Defendant. | Case No. 1:08-cv-00480<br><br>Honorable P. Michael Mahoney |

## NOTICE OF MOTION

Please take notice that on Wednesday, May 21, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable P. Michael Mahoney, or any Judge sitting in his stead in Courtroom 206 at the United States Courthouse, 211 South Court St., Rockford, Illinois 61101, and shall then and there present the *Plaintiffs' Motion for Extension of Time to Effectuate Service*, a copy of which is attached hereto and hereby served upon you.

DATED:  May 14, 2008

Respectfully submitted,

LAFACE RECORDS LLC, UMG RECORDINGS, INC., and BMG MUSIC

By: _____*/s/ Ann Marie Bredin*_____
      One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax: (312) 236-7516
ann.bredin@dlapiper.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) | Case No. 1:08-cv-00480 |
| Plaintiffs, | ) ) ) | Honorable P. Michael Mahoney |
| vs. | ) ) ) | |
| TANACCA BREWER, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Ann Marie Bredin, hereby certifiy that on May 14, 2008, I caused copies of the following *Notice of Motion and Plaintiffs' Motion for Extension of Time to Effectuate Service* (together, the "Motion") to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appeaerance in the proceeding. In addition, on May 14, 2008, I caused a copy of the Motion to be served on the following party, via overnight delivery and regular United States mail, first class postage prepaid:

Tanacca Brewer
837 W. Taylor St., Apt. 1106
Dekalb, IL 60115-4078

DATED: May 14, 2008

Respectfully submitted,

LAFACE RECORDS LLC, UMG RECORDINGS, INC., and BMG MUSIC

By:_____/s/ Ann Marie Bredin_____
One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax: (312 236-7516
**ann.bredin@dlapiper.com**