IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, UMG RECORDINGS, INC. and BMG MUSIC, | ) ) ) |
| Plaintiffs, | ) 08 c 480 ) |
| v. | ) Honorable Philip G. Reinhard ) |
| TANACCA BREWER, | ) Magistrate Judge P. Michael Mahoney ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEYS PURSUANT TO LOCAL RULE 83.17

Pursuant to Local Rule 83.17, attorneys Keith W. Medansky, Ann Marie Bredin and Amanda C. Jones of the law firm DLA Piper US LLP respectfully request leave to withdraw as counsel for Plaintiffs Laface Records LLC, UMG Recordings, Inc. and BMG Music (collectively, "Plaintiffs"), and substitute Tia C. Ghattas and Kristin S. Yoo, of Cozen O'Connor, as counsel of record for Plaintiffs in the above-captioned matter.

WHEREFORE, Keith W. Medansky, Ann Marie Bredin and Amanda C. Jones respectfully request this Court to enter an order granting their motion for leave to withdraw as counsel of record for Plaintiffs and granting Tia C. Ghattas and Kristin S. Yoo of Cozen O'Connor leave to file their Appearances on behalf of Plaintiffs.

Respectfully submitted,

**DLA Piper US LLP**

By: __/s/ Ann Marie Bredin_____

Keith W. Medansky (ARDC# 06195673)
Ann Marie Bredin (ARDC# 06255663)
Amanda C. Jones (ARDC# 06286509)
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
T: 312.368.4000 / F: 312.236.7516

CHGO1\31220331.1