**CERTIFICATE OF SERVICE**

      I, Ann Marie Bredin, hereby certify that on June 4, 2008, I caused a copy of the Notice of Motion and the Motion for Leave to Withdraw and Substitute Attorneys Pursuant to Local Rule 83.17 to be filed electronically.  Notice of these filings was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding.  In addition, on June 4, 2008, I caused a copy of the Notice of Motion and the Motion to be served on the following party, via overnight delivery and First Class U.S. Mail:

    Tanacca Brewer
    837 W. Taylor Street, Apt. 1006
    Dekalb, IL  60115-4078

                                                  _/s/ Ann Marie Bredin_