**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | ) ) Case No. 08 C 480 ) ) Honorable Philip G. Reinhard ) ) Magistrate Judge P. Michael Mahoney |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TANACCA BREWER, | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF MOTION**

On Friday, June 27, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable P. Michael Mahoney, or any Judge sitting in his stead in Courtroom 206 of the Rockford Courthouse located at 211 S. Court Street in Rockford, Illinois, and there present Motion for Leave to Withdraw and Substitute Attorneys Pursuant to Local Rule 83.17, which was filed on June 4, 2008, a copy of which is attached hereto and was previously served on you.

Respectfully submitted,

LAFACE RECORDS LLC; UMG RECORDINGS, INC.; and BMG MUSIC

Plaintiffs

DATED:  June 12, 2008

By:  /s/ Ann Marie Bredin
         One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for Plaintiffs

CHGO1\31224211.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, UMG RECORDINGS, INC. and BMG MUSIC, )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>TANACCA BREWER, )<br>)<br>Defendant. ) | 08 c 480<br><br>Honorable Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

### MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEYS PURSUANT TO LOCAL RULE 83.17

Pursuant to Local Rule 83.17, attorneys Keith W. Medansky, Ann Marie Bredin and Amanda C. Jones of the law firm DLA Piper US LLP respectfully request leave to withdraw as counsel for Plaintiffs Laface Records LLC, UMG Recordings, Inc. and BMG Music (collectively, "Plaintiffs"), and substitute Tia C. Ghattas and Kristin S. Yoo, of Cozen O'Connor, as counsel of record for Plaintiffs in the above-captioned matter.

WHEREFORE, Keith W. Medansky, Ann Marie Bredin and Amanda C. Jones respectfully request this Court to enter an order granting their motion for leave to withdraw as counsel of record for Plaintiffs and granting Tia C. Ghattas and Kristin S. Yoo of Cozen O'Connor leave to file their Appearances on behalf of Plaintiffs.

Respectfully submitted,

**DLA Piper US LLP**

By: _/s/ Ann Marie Bredin_

Keith W. Medansky (ARDC# 06195673)
Ann Marie Bredin (ARDC# 06255663)
Amanda C. Jones (ARDC# 06286509)
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
T: 312.368.4000 / F: 312.236.7516

CHGO1\31220331.1

# CERTIFICATE OF SERVICE

      I, Ann Marie Bredin, hereby certify that on June 4, 2008, I caused a copy of the Notice of Motion and the Motion for Leave to Withdraw and Substitute Attorneys Pursuant to Local Rule 83.17 to be filed electronically. Notice of these filings was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on June 4, 2008, I caused a copy of the Notice of Motion and the Motion to be served on the following party, via overnight delivery and First Class U.S. Mail:

Tanacca Brewer
837 W. Taylor Street, Apt. 1006
Dekalb, IL 60115-4078

                                                          /s/ Ann Marie Bredin

## CERTIFICATE OF SERVICE

     I, Ann Marie Bredin, hereby certify that on June 12, 2008, I caused copies of the *Notice Of Motion* and *Motion for Leave to Withdraw and Substitute Attorneys Pursuant to Local Rule 83.17* to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition a copy was sent to the following party via overnight delivery and regular U.S. mail, postage prepaid:

        Tanacca Brewer
        837 W. Taylor St., Apt 1106
        Dekalb, IL 60115-4078


DATED: June 12, 2008        By:    */s/ Ann Marie Bredin*
                                                      Ann Marie Bredin