**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>TANACCA BREWER,<br><br>Defendant. | Case No. 08 C 00480<br><br>Honorable Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

## NOTICE OF MOTION

On Friday, June 27, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable P. Michael Mahoney, or any Judge sitting in his stead in Courtroom 206 of the Rockford Courthouse located at 211 S. Court Street in Rockford, Illinois, and there present Plaintiffs' Motion for Default Judgment and Permanent Injunction and Plaintiffs' accompanying Memorandum in Support of Motion for Default Judgment and Permanent Injunction with Order for Default Judgment and Permanent Injunction, copies of which are attached and hereby served upon you.

DATED:  June 18, 2008

Respectfully submitted,

LAFACE RECORDS LLC; UMG RECORDINGS, INC.; and BMG MUSIC

By: _____/s/ Ann Marie Bredin_____
　　　　One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516
E-mail: ann.bredin@dlapiper.com

Attorneys for Plaintiffs
(**Motion for Leave to Withdraw and Substitute Attorneys pending**)

-2-

DATED:  June 18, 2008                                     Respectfully submitted,

                                                                              LAFACE RECORDS LLC; UMG
                                                                              RECORDINGS, INC.; and BMG MUSIC


                                                                              By:     */s/ Tia C. Ghattas*
                                                                                        Tia C. Ghattas (ARDC # 6269818)

Tia C. Ghattas (ARDC # 6269818)
**Cozen O'Connor**
222 S. Riverside Drive
Suite 1500
Chicago, IL 60606-6000
Telephone:  (312) 382-3116
Facsimile:  (312) 706-9716
E-mail:  tghattas@cozen.com
www.cozen.com

Proposed Attorneys for Plaintiffs
(**Motion for Leave to Withdraw and Substitute Attorneys pending**)

**CERTIFICATE OF SERVICE**

      I, Ann Marie Bredin, hereby certify that on June 18, 2008, I caused copies of the ***Notice Of Motion***, ***Plaintiffs' Motion For Default Judgment And Permanent Injunction*** and ***Plaintiffs' Memorandum In Support Of Motion For Default Judgment And Permanent Injunction*** to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on June 18, 2008, I caused copies of the ***Notice Of Motion***, ***Plaintiffs' Motion For Default Judgment And Permanent Injunction*** and ***Plaintiffs' Memorandum In Support Of Motion For Default Judgment And Permanent Injunction*** to be served on the following party, via overnight delivery and regular United States mail, first class postage prepaid:

        Tanacca Brewer
        837 W. Taylor St.
        Apt. 106
        Dekalb, IL 60115-4078

DATED:  June 18, 2008            By:       */s/ Ann Marie Bredin*
                                                               Ann Marie Bredin