# **EXHIBIT C**

~CHGO1:30748902.v1

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**08 C 480**

**JUDGE SHADUR
MAGISTRATE JUDGE SCHENKIER**

V.

TANACCA BREWER

TO:

Tanacca Brewer
837 W TAYLOR ST
Dekalb, IL 60115-4078

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Keith W. Medansky
Ann Marie Bredin
Amanda C. Jones
DLA PIPER US LLP
203 N. LaSalle Street Suite 1900
Chicago, Illinois 60601-1293

Phone: (312) 368-4000
Fax: (312) 236-7516

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*/s/ Anya Ellis*

(By) DEPUTY CLERK

DATE

**January 22, 2008**

Date



IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

LAFACE RECORDS LLC, ET AL.,

Plaintiff/Petitioner

vs.
TANACCA BREWER

Defendant/Respondent

Hearing Date:

CAUSE NO: **08 C 480**

DECLARATION OF SERVICE OF:
NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; NOTIFICATION OF DOCKET ENTRY; CASE MANAGEMENT PROCEDURES

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **16th day of May, 2008, at 10:10 PM**, at the address of **837 W TAYLOR Street APT. 1106, DE KALB**, DeKalb County, **IL 60115-4078**; this declarant served the above described documents upon **TANACCA BREWER**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **TANACCA BREWER, NAMED DEFENDANT, A black female who declined to open door fully.**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this 18th day of May, 2008.

_____
Daniel L. Marshall

FOR: **DLA PIPER US LLP**
REF:
BREWERTANACCA|117185975

ORIGINAL PROOF OF SERVICE

Tracking #: **5252159** SEA

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 19 May 2008

Service of Summons and Complaint was made by me [1]
NAME OF SERVER (PRINT) DANIEL L. MARSHALL   TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: 837 W TAYLOR, #1106, DEKALB, IL 60115

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 19 May 2008
Dated

Signature of Server

3125 Chapel Hill, McHenry, IL
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.