## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 480 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Laface Records, LLC vs. Tanacca Brewer | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Plaintiff's motion for Keith Medansky, Ann Marie Bredin and Amanda Jones to withdraw as counsel [22] is granted. Attorneys Tia Ghattas and Kristin Yoo of the Cozen O'Connor law firm are hereby given leave to file their appearances on behalf of plaintiffs. It is the Report and Recommendation of the Magistrate Judge that plaintiff's motion for default judgment in the total amount of $5,050.00 and permanent injunction against defendant Tanacca Brewer be granted. Parties are given ten days from service of this order, as calculated under Rule 6, to file objections with Judge Reinhard pursuant to FRCP 72. Objections need not be presented as stated in Local Rule 5.3.

*Copy to judge/magistrate judge.

00:5

FILED

JUN 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JM |
|---|---|---|