# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
LAFACE RECORDS LLC, UMG RECORDINGS, INC. and BMG MUSIC  
v.  
TANACCA BREWER

Case Number: 08 c 480

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAFACE RECORDS LLC, UMG RECORDINGS, INC. and BMG MUSIC

| | |
|---|---|
| NAME (Type or print)  Tia C. Ghattas | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Tia C. Ghattas | |
| FIRM  Cozen O'Connor | |
| STREET ADDRESS  222 S. Riverside Plaza, Suite 1500 | |
| CITY/STATE/ZIP  Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6269818 | TELEPHONE NUMBER  312-382-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |