# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 00480 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Laface Records, LLC vs. Brewer | | |

**DOCKET ENTRY TEXT:**

There being no written objection to the report and recommendation of the magistrate judge entered on June 27, 2008, see 28 U.S.C. § 636c, Fed. R. Civ. P. 72(b), Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation and enters a default judgment against defendant, Tanacca Brewer, for statutory damages (see 17 U.S.C. § 504(c)(1)) in the amount of $4,500.00, costs in the amount of $550.00, and a permanent injunction as set forth in this order below.

*Philip G. Reinhard*

Electronic Notices.

■ [ For further details see text below.]

## STATEMENT

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|