# United States District Court
## Northern District of Illinois
### Western Division

Laface Records, LLC et al          **JUDGMENT IN A CIVIL CASE**

       v.          Case Number: 08 C 480

Tanacca Brewer

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that there being no written objection to the report and recommendation of the magistrate judge entered on June 27, 2008, see 28 U.S.C. § 636c, Fed. R. Civ. P. 72(b), Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation and enters a default judgment against defendant, Tanacca Brewer, for statutory damages (see 17 U.S.C. § 504(c)(1)) in the amount of $4,500.00, costs in the amount of $550.00, and a permanent injunction.

Michael W. Dobbins, Clerk of Court

Date: 7/31/2008

/s/ Jennifer Titak, Deputy Clerk